UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TIBERIUS MAYS,
    Plaintiff,

vs.                    01-1254

DONALD SYNDER, et al.,
    Defendants.

ORDER

This cause is before the court on the plaintiff's motion to proceed in forma pauperis on appeal. [d/e 196]

Under 28 U.S.C. § 1915(a)(3), the court is required to determine if the plaintiff's appeal is taken in good faith. "Good faith" within the meaning of § 1915(a)(3) is not about the plaintiff's sincerity in requesting appellate review. Rather, an appeal taken in "good faith" is an appeal that, objectively considered, raises non-frivolous colorable issues. *See* Cruz v. Hauck, 404 U.S. 59, 62 (1971); *see also* Coppedge v. United States, 369 U.S. 438, 445 (1962).

The court has not been able to find a good faith basis for appeal. The plaintiff states that he is appealing the court's August 16, 2005, decision denying his motion for a new trial. However, the plaintiff but does not state any basis for his appeal. Therefore, the court finds that this action does not raise a substantial issue meriting relief from judgment.

The United States Court of Appeals for the Seventh Circuit has ruled that where the appellant was authorized to proceed in forma pauperis in the district court, a district judge who doubts that the appeal is in good faith should give the plaintiff an opportunity to submit a statement of his grounds for appealing. See Celske v. Edwards, 164 F.3d 396 (7th Cir. 1999).

Accordingly, the plaintiff is THEREFORE ORDERED to submit a brief informing the court of his grounds for appealing within fourteen (14) days from the date of this order. If the plaintiff fails to respond within the time specified, the court will make an assessment of the issue of good faith without further consideration.

Entered this 7th day of November, 2005

s\Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE