# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

## RECORD TRANSMITTAL LETTER

September 7, 2011

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals for the Seventh Circuit
219 South Dearborn Street
Room 2722
Chicago, IL 60604

RE: Mays v. Snyder et al
U.S.D.C. Docket No.: 01-1254 (Peoria Division)
U.S.C.A. Docket No.: 11-2218

U.S.C.A. - 7th Circuit
RECEIVED
SEP 9 2011 COD
GINO J. AGNELLO
CLERK

Dear Mr. Agnello:

Please find attached the entire (disk and physical pleadings) record on appeal consisting of the following:

~~1 (on disk)    Volume(s) of Pleading(s)~~
~~2 (on disk)    Volume(s) of Transcript(s)~~
4              Volume(s) of Sealed Documents(s)
6              Volume(s) of Exhibit(s)
               Impounded Exhibit(s)
               Other (Specify)

Please acknowledge receipt of the above mentioned materials.

Very truly yours,

PAMELA E. ROBINSON
CLERK U.S. DISTRICT COURT