UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA

TIBERIUS MAYS, )
 )
      Plaintiff, )
 )
-vs- ) No. 01-1254
 )
JEROME SPRINGBORN, et. al., )
 )
      Defendants. )

FILED
MAY 22 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## JURY VERDICT FORM - Count 1

*Note: Each of the following paragraphs must be completed*

On plaintiff Tiberius Mays' claim against defendant Kevin Hantelmann, we find in favor of:

            ___Defendant Kevin Hantelmann___
            Plaintiff Tiberius Mays or Defendant Kevin Hantelmann

On plaintiff Tiberius Mays' claim against defendant Thomas Hoyt, we find in favor of:

            ___Defendant Thomas Hoyt___
            Plaintiff Tiberius Mays or Defendant Thomas Hoyt

*Note: Complete the following paragraphs only if one or more of the above findings is in favor of plaintiff.*

We find the plaintiff Tiberius Mays' compensatory damages to be: $ _____

*Note: You may not award punitive damages against a particular defendant unless you have first found against that particular defendant and you have awarded plaintiff compensatory damages. State the amount, or, if none, write the word "none."*

We assess punitive damages, if any, against Defendant Hantelmann in the amount of: $ _____

We assess punitive damages, if any, against Defendant Hoyt in the amount of: $ _____

s/FOREPERSON

_____
Foreperson
s/Juror

_____
s/Juror

_____
s/Juror

_____

Date: 21 May 2014

s/Juror

_____
s/Juror

_____
s/Juror

_____
s/Juror

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA

TIBERIUS MAYS, )
)
      Plaintiff, )
)
-vs- ) No. 01-1254
)
JEROME SPRINGBORN, et. al., )
)
      Defendants. )

**FILED MAY 22 2014**
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

JURY VERDICT FORM- Count 2 (Strip Search)

*Note: Each of the following paragraphs must be completed*

On plaintiff Tiberius Mays' claim against defendant Jerome Springborn, we find in favor of:

_Defendant Jerome Springborn_
Plaintiff Tiberius Mays or Defendant Jerome Springborn

On plaintiff Tiberius Mays' claim against defendant Darryl Johnson, we find in favor of:

_Plaintiff Tiberius Mays_
Plaintiff Tiberius Mays or Defendant Darryl Johnson,

On plaintiff Tiberius Mays' claim against defendant Michael Etheridge, we find in favor of:

_Plaintiff Tiberius Mays_
Plaintiff Tiberius Mays or Defendant Michael Etheridge

*Note: Complete the following paragraphs only if one or more of the above findings is in favor of plaintiff.*

We find the plaintiff Tiberius Mays' compensatory damages to be: $ 1250

*Note: You may not award punitive damages against a particular defendant unless you have first found against that particular defendant and you have awarded plaintiff compensatory damages. State the amount, or, if none, write the word "none."*

We assess punitive damages, if any, against Defendant Springborn in the amount of:
$ _____

We assess punitive damages, if any, against Defendant Johnson in the amount of:

$ 3500

    We assess punitive damages, if any, against Defendant Etheridge in the amount of:

$ 1500

    s/FOREPERSON                                   s/Juror

Foreperson
s/Juror                                                    s/Juror

    s/Juror                                          s/Juror

s/Juror                                                   s/Juror

Date: 22 May 2014

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA

TIBERIUS MAYS,                    )
                                  )
        Plaintiff,                )
                                  )
-vs-                              )        No. 01-1254
                                  )
JEROME SPRINGBORN, et. al.,       )
                                  )
        Defendants.               )

FILED MAY 22 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

<u>JURY VERDICT FORM- Count 3</u> (Retaliation)
*Note: Each of the following paragraphs must be completed*

On plaintiff Tiberius Mays' claim against defendant Jerome Springborn, we find in favor of:

_Defendant Jerome Springborn_
Plaintiff Tiberius Mays or Defendant Jerome Springborn

On plaintiff Tiberius Mays' claim against defendant Darryl Johnson, we find in favor of:

_Plaintiff Tiberius Mays_
Plaintiff Tiberius Mays or Defendant Darryl Johnson,

On plaintiff Tiberius Mays' claim against defendant Michael Etheridge, we find in favor of:

_Plaintiff Tiberius Mays_
Plaintiff Tiberius Mays or Defendant Michael Etheridge

*Note: Complete the following paragraphs only if one or more of the above findings is in favor of plaintiff.*

We find the plaintiff Tiberius Mays' compensatory damages to be: $ _1250_

*Note: You may not award punitive damages against a particular defendant unless you have first found against that particular defendant and you have awarded plaintiff compensatory damages. State the amount, or, if none, write the word "none."*

We assess punitive damages, if any, against Defendant Springborn in the amount of: $ _____

We assess punitive damages, if any, against Defendant Johnson in the amount of:

$ 3500-

    We assess punitive damages, if any, against Defendant Etheridge in the amount of:

$ 1500-

s/FOREPERSON
_____
Foreperson

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____

Date: 22 May 2014