**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| TIBERIUS MAYS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. 1:01-CV-01254 |
| v. | ) | |
| | ) | |
| JEROME SPRINGBORN, et al., | ) | Hon. Judge Bruce |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' RENEWED
MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR NEW
TRIAL AND/OR REMITTITUR**

Plaintiff Tiberius Mays, through his attorneys, moves the Court pursuant to Federal Rule of Civil Procedure 6(b) for an extension of time of 7 days, to and including July 18, 2014, in which to file a response to Defendants' Renewed Motion for Judgment as a Matter of Law and Motion for New Trial and/or Remittitur.  On June 24, 2014, Defendants filed duplicative Motions for New Trial and/or Remittitur (Dkt. Nos. 372 and 375).  As a result, Defendants' Motion for New Trial and/or Remittitur was filed twice and Defendants' Renewed Motion for Judgment as  Matter of Law was not filed.  On July 2, 2014, Defendants filed a Motion for Leave to File Defendants' Renewed Motion for Judgment as a Matter of Law Instanter (Dkt. No. 379). In a text order entered on July 2, 2013, this Court granted Defendants' motion.  Under the Federal Rules of Civil Procedure, Plaintiff's response would be due July 11, 2014.

Defendants' July 2 motion stated that they would not object to an extension of time for Plaintiff to respond to its Renewed Motion for Judgment as a Matter of Law, and in light of Defendants' recently filed motion for leave to file their Renewed Motion for Judgment as a

709785344

Matter of Law instanter and the upcoming July Fourth holiday, additional time would allow Plaintiff to adequately research and respond to Defendants' motions. For the foregoing reasons, Plaintiff respectfully requests the Court grant his motion for an extension of time of 7 days, to and including July 18, 2014, in which to file a response to Defendants' Renewed Motion for Judgment as a Matter of Law and Motion for a New Trial and/or Remittur.

Respectfully Submitted,

TIBERIUS MAYS

By:__s/ Joseph M. Snapper__
    Attorney for Plaintiff

Date:   July 2, 2014

Joseph M. Snapper
Abigail M. Bartine
Marc R. Kadish
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

709785344

| | | |
|---|---|---|
| TIBERIUS MAYS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:01-CV-01254 |
| v. | ) | |
| | ) | |
| JEROME SPRINGBORN, et al., | ) | Hon. Judge Bruce |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, I electronically filed Motion to Strike Duplicative Filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Julie Morgan                    Ms. Diane Marie Potts
jlmorgan@atg.state.il.us            dpotts@atg.state.il.us

Mr. Robert Fanning                  Ms. Lisa Cook
rfanning@atg.state.il.us            lcook@atg.state.il.us

and I hereby certify that on July 2, 2014, I mailed by United States Postal Service the documents to the following non-registered participant:  None.

Respectfully Submitted,

By:__s/ Joseph M. Snapper__
    Attorney for Plaintiff

Date:   July 2, 2014

Joseph M. Snapper
Abigail M. Bartine
Marc R. Kadish
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

709785344