IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TIBERIUS MAYS, N-92625 | ) |
| Plaintiff, | ) |
| -vs- | ) No. 01-1254 |
| JEROME SPRINGBORN, DARRYL JOHNSON, MICHAEL ETHERIDGE, THOMAS HOYT, and KEVIN HANTELMANN, | ) |
| Defendants. | ) |

**<u>DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW</u>**

NOW COME Defendants, DARRYL JOHNSON and MICHAEL ETHERIDGE, JR., by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rules of Civil Procedure 50(b), hereby submit their Renewed Motion for Judgment as a Matter of Law. In support thereof, Defendants state as follows:

1. On May 21, 2014, at the close of Plaintiff's evidence, defense counsel moved for Judgment as a Matter of Law pursuant to Rule 50(a). The Motion was denied by the Court.

2. At the close of Defendants' case, defense counsel again moved for Judgment as a Matter of Law pursuant to Rule 50(a). This Motion was again denied by the Court.

3. The jury returned a verdict in Count 2 (strip search) for the Plaintiff and against Defendants Johnson and Etheridge and assessed $1,250 in compensatory damages and awarded punitive damages against Defendant Johnson for $3,500 and Defendant Etheridge for $1,500. The jury returned the same verdict and damages in Count 3 (retaliation).

4. Following the jury's verdict, on May 28, 2014, the Court entered judgment as recommended by the jury.

5. Defendants were entitled to judgment based on qualified immunity.

6. The evidence failed to establish Defendants personal involvement in the injuries Plaintiff allegedly received from the handcuffs or what transpired in the Healthcare Unit.

7. The evidence was insufficient to find Defendants violated Plaintiff's First, Fourth or Eighth Amendment rights.

8. The evidence was insufficient to warrant an award of punitive damages.

9. Because of the aforementioned insufficiency of the evidence, Defendants are entitled to judgment as a matter of law.

10. Attached hereto and incorporated herein is a Memorandum of Law in Support of this motion.

WHEREFORE, for the above and foregoing reasons, Defendants, DARRYL JOHNSON and MICHAEL ETHERIDGE, JR., pray this Honorable Court grant their renewed motion for judgment as a matter of law.

Respectfully Submitted,

DARRYL JOHNSON and MICHAEL ETHERIDGE, JR.,

Defendants,

Lisa Madigan, Attorney General
of the State of Illinois,

Attorney for Defendants,

By: s/Julie Morgan
Julie Morgan, #6271352
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-2077
Facsimile:  (217) 524-5091
jlmorgan@atg.state.il.us